Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Peter D. Navarro, Bar No. 10168
peter.navarro@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARKUS LEVERT and OMAR UNATING,, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUMP RUFFIN TOWER I, LLC dba TRUMP INTERNATIONAL HOTEL LAS VEGAS; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:14-cv-01009-RCJ-CWH<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's June 23, 2014 Minutes of the Court (Dkt. # 3), Plaintiff Markus Levert and Omar Unating and Defendant Trump Ruffin Tower I, LLC dba Trump International Hotel Las Vegas ("Defendant"), by and through their respective counsel, submit the following Joint Status Report.

1. This matter was filed in the Eighth Judicial District Court of Clark County Nevada on May 9, 2014. On June 23, 2014, Defendant filed a petition for removal and this case was appointed to the United States District Court.

2. At this time there are no present actions required to be taken by this Court. Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion to Dismiss") was

JACKSON LEWIS P.C.
LAS VEGAS

filed on June 30, 2014. (Dkt. # 5). However, the Motion to Dismiss was mooted by the filing of Plaintiffs First Amended Collective and Class Action Complaint on July 21, 2014. (Dkt. # 9).

Dated: July 23, 2014.

JACKSON LEWIS P.C.

/s/Peter D. Navarro

Elayna J. Youchah, Bar No. 5837
Peter D. Navarro, Bar No. 10168
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant*

THIERMAN LAW FIRM, P.C.

/s/Josh Buck
Mark R. Thierman
Josh Buck
7287 Lakeside Drive
Reno, Nevada 89511

*Attorneys for Plaintiffs*

4828-3821-2636, v. 1

JACKSON LEWIS P.C.
LAS VEGAS

-2-